IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

CARL A. BOWEN                                                                                            PLAINTIFF

v.                                              Case No. 1:24-cv-1075

JUDGE BAKER, *et al*.                                                                              DEFENDANTS

## ORDER

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. ECF No. 13. Judge Ford recommends that Plaintiff's Amended Complaint (ECF No. 5) be dismissed without prejudice for failure to prosecute this matter and for failure to comply with the Court's Orders. Plaintiff has not objected to the R&R, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1).

Upon review, finding no clear error on the face of the record and that Judge Ford's reasoning is sound, the Court adopts the R&R (ECF No. 13) in toto. Accordingly, Plaintiff's Amended Complaint (ECF No. 5) is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 22nd day of April, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge